■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROY BROWN, Appellant. [830 NYS2d 524]—Judgment, Supreme Court, New York County (Michael R. Ambrecht, J., at plea; Ruth Pickholz, J., at sentence), rendered on or about February 21, 2006, unanimously affirmed. No opinion. Order filed. Concur—Andrias, J.P., Friedman, Sullivan, Williams and Catterson, JJ.